JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO ROJAS, also known as MARCO ANTHONY ROJAS SR., individually and doing business as ROJAS CONSTRUCTION, a sole ownership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:23-cv-09825-RGK-ADS<br><br>ORDER AND JUDGMENT [19] |

It appearing that defendant, MARCO ROJAS, also known as MARCO ANTHONY ROJAS SR., individually and doing business as ROJAS CONSTRUCTION, a sole ownership, having been regularly served with process, having failed to plead or otherwise defend this action and his default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST MARCO ROJAS, also known as MARCO ANTHONY ROJAS SR., individually and doing business as ROJAS CONSTRUCTION, a sole ownership:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $5,587.92 |
| 2 | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 671.91 |
| 3. | Audit Fees | 2,300.00 |
| 4. | Interest from due date to March 11, 2024 (accruing at $1.07 per day) | 334.91 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 1,006.82 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 1,055.98 |
| GRAND TOTAL | | $10,957.54 |

7. Plus costs to be determined after entry of judgment, application of which to be submitted to the Clerk of Court.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate prescribed by law.

///
///
///

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF AGAINST MARCO ROJAS, also known as MARCO ANTHONY ROJAS SR., individually and doing business as ROJAS CONSTRUCTION, a sole ownership:</u>

For an order compelling submission of all requested documents sufficient to complete an audit of their business records for the period January 2018 through December 2022 and allowing the auditors to examine and copy the following books, records, papers, documents and reports:  W-2s, W-3s, 941s and DE9s, 1099's, general ledgers and check register.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST MARCO ROJAS, also known as MARCO ANTHONY ROJAS SR., individually and doing business as ROJAS CONSTRUCTION, a sole ownership:</u>

1. For issuance of a permanent injunction restraining and enjoining MARCO ROJAS, also known as MARCO ANTHONY ROJAS SR., individually and doing business as ROJAS CONSTRUCTION, a sole ownership ("DEFENDANT"), for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

   a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period May 2023 to the present,

   b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

      c.    A declaration from a responsible employee of DEFENDANT, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

      d.    Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

DATED: 3/21/2024

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by,

SHANLEY,
A Professional Corporation

By: /s/ Casey Jensen
     CASEY JENSEN
     Attorney for Plaintiffs